**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-7600**

PAUL O. PARTIN,

Plaintiff - Appellant,

v.

GABRIEL MORGAN, Sheriff, Newport News City Jail, Professional Capacity; J. VERGAKIS, Captain/Jail Admin., Newport News City Jail, Professional and Individual Capacity; GRAVES, Ms., Programs Coordinator/Law Library Supervisor, Newport News City Jail, Professional and Individual Capacity; JOHNSON, Mr., Col. Security/Sheriff Asst., Newport News City Jail, Professional and Individual Capacity; EILEEN SPRINKLE, Lt. Col./Chief, Newport News City Jail, Professional and Individual Capacity,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  Henry E. Hudson, District Judge.  (3:08-cv-00238-HEH)

Submitted:  January 19, 2010          Decided:  January 27, 2010

Before NIEMEYER, KING, and DAVIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Paul O. Partin, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Paul O. Partin, a state prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Partin v. Morgan, No. 3:08-cv-00238-HEH (E.D. Va. July 28, 2009). We deny Partin's motion to appoint counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED